■ DIANA D. DU BROFF, Also Known as DIANA E. WIESNER, Appellant, v. GUSTAVE A. GERBER, Respondent, et al., Defendant.— In an action to recover damages for alleged fraud, plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Queens County, entered May 2, 1967, as dismissed the first, third, fourth and fifth causes of action, upon the trial court's decision during a jury trial. Order modified, on the law, by striking therefrom the second decretal paragraph, which dismissed the third cause of action, and by substituting therefor a provision denying the motion to dismiss that cause of action. As so modified, order affirmed insofar as appealed from, with costs to appellant to abide the event of the new trial. No questions of fact were considered. In our opinion, sufficient was proved by plaintiff to warrant the submission of the third cause of action to the jury. Christ, Acting P. J., Brennan, Hopkins, Munder and Kleinfeld, JJ., concur.

■ GERALD FRASCELLI, Petitioner, v. DONALD S. HOSTETTER, as Chairman of New York State Liquor Authority, et al., Respondents.— Proceeding under CPLR article 78 to annul respondent's determination, dated May 20, 1968, which suspended petitioner's on-premises liquor license for 10 days and demanded payment of petitioner's $1,000 bond on the ground that petitioner had suffered or permitted gambling on the licensed premises, in violation of subdivision 6 of section 106 of the Alcoholic Beverage Control Law. Determination modified, on the law, by striking out the demand for payment of the bond, and confirmed as so modified, without costs. No questions of fact were considered. In our opinion the provision for payment of the bond as an additional penalty was excessive. Under all the circumstances, the penalty should have been limited to a suspension of the license for a period of 10 days. Christ, Acting P. J., Rabin, Benjamin, Munder and Kleinfeld, JJ., concur.